PLAINTIFF:
   THOMAS J. PINA
   832 SHAWMUT AVE
   NEW BEDFORD, MA  02740



DEFENDANTS:
   KEVIN CHAMPAGNE
   PRESIDENT AND CEO
   SEACOAST FINANCIAL SERVICES
   1 COMPASS PLACE
   NEW BEDFORD, MA  02740

   JOHN P. HAMILL
   CHAIRMAN AND CEO
   SOVEREIGN BANK'S NEW ENGLAND
   174 UNION STREET
   NEW BEDFORD, MA  02740

THE COMPASS BANK AND SOVEREIGN BANK WITHOUT THE APPROVE OF THE CITY REDEVELOPMENT AUTHORITY DELIBERATLY PRACTICE IN MERGER WITH SOVEREIGN BANK DELIBERATLY PRACTICE FRAUD IN ORDER TO SECURE UNFAIR AND UNLAWFUL GAIN AND CONSPIRACY TO PERFORM AND ELLEGAL TREACHEROUS ACT TO MERGER.

THEY VIOLATED

Thomas J. Pina
832 Shawmut Ave.
New Bedford, Ma 02746
508-999-4145

VI. CAUSE OF ACTION

U.S. Dept. HUD HUD-62098

Memo of Condition

Part II of Contract for

Sale of Land for Private

Redevelopment

Quitclaim Deed

DOC 3332!

BRISTOL CO. S.D.

New Bedford Redevelopment

Authority

General Laws of the Commonwealth

of Massachusetts

Chapter 121 B.

U.S. Dept. of HUD

EXECUTIVE ORDER 11246, AS AMENDED