UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

THOMAS J. PINA                CIVIL ACTION
PLAINTIFF                     NO. 04-11744-RCL
V.
SEACOAST FINANCIAL SERVICE, ET AL.
DEFENDANTS

THE COMPASS BANK AND SEVEREIGN BANK MERGER WITHOUT THE APPROVE OF THE CITY OF NEW BEDFORD REDEVELOPMENT AUTHORITY FAILED TO COMPLY ACCORDING WITH FEDERAL, STATE LAWS, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, URBAN RENEWAL PROGRAM.

TERMS AND CONDITIONS PART II OF CONTRACT FOR SALE OF LAND FOR PRIVATE REDEVELOPMENT HUD-6209B (4-66) ATTACH #1.

U.S. DEPARTMENT OF LABOR EXECUTICE ORDER 11246 AMENDED, SUBPART B CONTRACTORS AGREEMENTS, SECTION 202. ATTACH #2.

BRISTOL COUNTY REGISTRY OF DEEDS, BOOK 4272 PAGE 206. ATTACH #3.

COMMONWEALTH OF MASS. CHAPTER 121B SECTION 45 TO 50. RENEWAL PROGRAMS. ATTACH #4.

*Thomas J. Pina*
8-19-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

THOMAS J. PINA                CIVIL ACTION
   PLAINTIFF                  NO. 04-11744-RCL
      V.
SEACOAST FINANCIAL SERVICE
SOVEREIGN BANCORP INC.
   DEFENDANTS

## MOTION FOR A SPEEDY TRIAL

AS THE PLAINTIFF, THOMAS J. PINA I RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT MARK THIS CASE FOR TRIAL AS SOON AS POSSIBLE.

AS GROUNDS HEREFORE, I AM 80 YEARS OF AGE AND A SPEEDY TRIAL IS NECESSARY DUE TO MY AGE.

DATE 8-17-04

THOMAS J. PINA
832 SHAWMUT AVE.
NEW BEDFORD, MA.
508 999-4142