UNITE STATES DISTRICT COURT
DISTRICT OF MASS.

THOMAS J. PINA      CIVIL ACTION
   PLAINTIFF     NO. 04-11744-RCL
    V.
SEACOAST FINANCIAL SERVICE, ET AL.
DEFENDANTS

## MOTION FOR RESTAINING ORDER

AS THE PLANTIFF THOMAS J. PINA RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT PUT A RESTRAINING ORDER ON THIS CASE UNTIL THIS TRIAL IS RESOLVED.

8-25-04

Thomas J. Pina
508-999-4142