UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

THOMAS J. PINA          CIVIL ACTION
   PLAINTIFF           NO. 04-11744-RCL
      V.
SEACOAST FINANCIAL SERVICE, ET AL.
   DEFENDANTS

## ALLEGATIONS

TOP EXECUTIVES AND DIRECTORS OF SEACOAST FINANCIAL SERVICE CORP. WILL CAST OUT TO THE TUNE OF $47 MILLION TO $57 MILLION IN COMBINED BONUSES AND SEVERANCE PAY WHEN SOVEREIGN BANCORP INC. ACQUIRES THE PARENT COMPANY OF COMPASS BANK IN A $1.1 BILLION ALL-STOCK TRANSACTION. (ATTACH)

A SPECIAL GUIDE ABOUT HOW THE TRANSITION FROM COMPASS BANK TO SOVEREIGN BANK.

9-1-04

Thomas J. Pina
508-999-4142