UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS J. PINA, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-11744-RCL |
| v. | ) ) | |
| SEACOAST FINANCIAL SERVICE, et al., | ) ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated December 30, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

December 30, 2004                By the Court,

                                /s/ Jeanette McGlamery
                                Deputy Clerk