UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS J. PINA, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-11744-RCL |
| v. | ) ) | |
| SEACOAST FINANCIAL SERVICE, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

LINDSAY, District Judge

Before the court is the application of plaintiff Thomas J. Pina to proceed *in forma pauperis* on

an appeal to the First Circuit. For the reasons set forth below, Pina may proceed *in forma pauperis*

without leave from the district court. I therefore dismiss the application without prejudice.

On August 6, 2004 Pina, acting *pro se*, filed a complaint and an application to proceed without

prepayment of the $150.00 fee levied for filing a civil lawsuit. I granted the request to proceed *in*

*forma pauperis*, thus subjecting Pina's complaint to screening before summonses would issue. *See* 28

U.S.C. § 1915(e)(2). After allowing Pina to amend the complaint, I found that Pina had failed to state

a claim for relief and, in a memorandum and order dated December 30, 2004, ordered that this action

be dismissed *sua sponte.* On January 19, 2005, Pina filed with this court a notice of appeal concerning

my order of dismissal. On the same date, he also filed a second application to proceed *in forma*

*pauperis*, using the same form he had used when applying for a waiver of the fee for filing his action in

the first instance.

It was unnecessary for Pina to file the present motion to proceed *in forma pauperis*. A party

who was permitted to proceed *in forma pauperis* in the district court may proceed on appeal *in forma pauperis* without further authorization unless "the district court ... certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed *in forma pauperis* and states in writing its reasons for the certification or finding" or "a statute provides otherwise."  Fed. R. App. P. 24(a)(3); *see also* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith.").  In this case, I decline to make any determination concerning whether this appeal is taken in good faith, nor do I find that Pina is "not otherwise entitled to proceed *in forma pauperis*."  Moreover, because Pina is not a prisoner, the provisions of 28 U.S.C. § 1915(a), (b) requiring inmates to obtain explicit leave of the court to proceed *in forma pauperis* on appeal, do not apply.  In short, none of the circumstances set forth in Fed. R. App. P. 24(a)(3) that would require Pina to obtain further authorization to proceed *in forma pauperis* on appeal are present.

Pina may proceed *in forma pauperis* on appeal without any action by this court.  I therefore dismiss his motion without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this ___4th___ day of February, 2005.


      /s/ Reginald C. Lindsay
UNITED STATES DISTRICT JUDGE