UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS J. PINA

V.                                          CASE NO. 04-11744-RCL

CHAMPAGNE et al

### NOTICE OF APPEAL

Notice is hereby given that THOMAS J. PINA above named, hereby appeals from the ORDER OF DISMISSAL entered in the above entitled action on DEC. 30, 2004.

JAN. 13, 2005
Date

/s/ Thomas J. Pina

(Notice of Appeal.wpd - 12/98)                    [app., kdapp., kgapp., kcust