# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11744

Thomas J. Pina

v.

Champagne, et al

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/13/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 8, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/8/05

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11744-RCL

Pina v. Champagne et al
Assigned to: Judge Reginald C. Lindsay
Cause: 15:1640 Truth in Lending

Date Filed: 08/06/2004
Jury Demand: None
Nature of Suit: 430 Banks and Banking
Jurisdiction: Federal Question

**Plaintiff**

**Thomas J. Pina**         represented by  **Thomas J. Pina**
                                            832 Shawmut Ave.
                                            New Bedford, MA 02746
                                            508-999-4142
                                            PRO SE

V.

**Defendant**

**Kevin Champagne**
*President and CEO Seacoast Financial Services*

**Defendant**

**John P. Hamill**
*Chairman and CEO Sovreign Bank's New England*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Thomas J. Pina.(Jenness, Susan) (Entered: |

| | | |
|---|---|---|
| | | 08/09/2004) |
| 08/06/2004 | 2 | COMPLAINT, filed by Thomas J. Pina.(Jenness, Susan) (Entered: 08/09/2004) |
| 08/06/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 08/09/2004) |
| 08/09/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 08/09/2004) |
| 08/13/2004 | 3 | Judge Reginald C. Lindsay : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. (mel) (Entered: 08/16/2004) |
| 08/13/2004 | 4 | Judge Reginald C. Lindsay : ORDER entered MEMORANDUM AND ORDER. This action will be dismissed in thirty-five (35) days from the date of this Order unless plaintiff shows good cause, in writing, before that time as to why it should not be dismissed. (mel) (Entered: 08/16/2004) |
| 08/13/2004 | | Set/Reset Deadlines: Show Cause Response due by 9/27/2004. (Lanier, Marjorie) (Entered: 08/16/2004) |
| 08/23/2004 | 5 | Motion for a Speedy Trial by Thomas J. Pina. (Attachments: # 1 Exhibit 1)(Stanhope, Don) (Entered: 08/24/2004) |
| 08/25/2004 | 6 | MOTION for Restraining Order by Thomas J. Pina. (Stanhope, Don) (Entered: 08/26/2004) |
| 09/03/2004 | 7 | ALLEGATIONS/EXHIBIT by Thomas J. Pina. (Attachments: # 1 Exhibit Newspaper Article) (Stanhope, Don) (Entered: 09/08/2004) |
| 11/17/2004 | | Judge Reginald C. Lindsay : ORDER entered granting 5 Motion for speedy trial only to the extent that the case will be reached for trial as soon as all pretrial matters are expeditiously resolved. (Lindsay, |

| | | |
|---|---|---|
| | | Reginald) (Entered: 11/17/2004) |
| 11/17/2004 | | Judge Reginald C. Lindsay : electronic ORDER entered denying 6 MOTION for Restraining Order by Thomas J. Pina. The moving party has not demonstrated a likelihood of success on the merits of his claim. (Lindsay, Reginald) (Entered: 11/17/2004) |
| 12/30/2004 | 8 | Judge Reginald C. Lindsay : MEMORANDUM AND ORDER. For the reasons stated in the accompanying memorandum and order and for those stated in my August 13, 2004 memorandum and order, I find that Pina has failed to state a claim upon which relief may be granted. Accordingly, I order that this action be DISMISSED.(JMC) (Entered: 12/30/2004) |
| 12/30/2004 | 9 | Judge Reginald C. Lindsay : ORDER entered. In accordance with the Memorandum and Order dated December 30, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that this case is dismissed in its entirety. (JMC) (Entered: 12/30/2004) |
| 01/13/2005 | 12 | NOTICE OF APPEAL by Thomas J. Pina. Reason fee is not required: In Forma Pauperis NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/2/2005. (Stanhope, Don) (Entered: 02/07/2005) |
| 01/19/2005 | 10 | MOTION for Leave to Appeal in forma pauperis by Thomas J. Pina.(Stanhope, Don) (Entered: 01/21/2005) |
| 02/04/2005 | 11 | Judge Reginald C. Lindsay : ORDER entered dismissing 10 Motion for Leave to Appeal in forma pauperis. For the reasons set forth in the |

| | | |
|---|---|---|
| | | accompanying order, Pina may proceed in forma pauperis on appeal without any action by this court. I therefore dismiss his motion without prejudice. (McGlamery, Jeanette) (Entered: 02/04/2005) |