# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1190

THOMAS J. PINA,

Plaintiff, Appellant,

v.

KEVIN CHAMPAGNE,
President and CEO, Seacoast Financial Services,
JOHN P. HAMILL,
Chairman and CEO, Sovereign Bank's New England,

Defendants, Appellants.

### JUDGMENT
Entered: July 19, 2005

By notice issued April 1, 2005 and June 23, 2005, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by July 7, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG

Operations Manager

[cc: Thomas J. Pina, Kevin Champagne, Donn A. Randall, Esq., John P. Hamill]